

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 17, 2021

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

     Re: <u>United States v. Nasir Carter</u>, 21 Mag 3430

Dear Judge Davison:

  On March 29, 2021, defendant Nasir Carter made his initial appearance before the Hon. Judith C. McCarthy on the above-referenced sealed complaint (the "Complaint"). On November 10, 2021, a grand jury returned superseding indictment S1 21 Cr. 365 (VB), United States v. Nasir H. Carter and Tishawn Woods. There is no longer a need for the Complaint or docket no. 21 Mag 3430 to remain sealed. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and docket no. 21 Mag 3430. Counsel for the defendant, Jason I. Ser, consents to this request.

  Thank you for your consideration.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

         Jeffrey C. Coffman
         Assistant United States Attorney
         (914) 993-1940

SO ORDERED:

_____ 11/17/21
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

cc: Jason I. Ser, Esq.